**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PATRICIA VILLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAVAMEZZE GRILL, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No: 1:15-cv-000222 (TSE/MSN) |

**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant CavaMezze Grill LLC states as follows:

CavaMezze Grill, LLC is a wholly owned subsidiary of Cava Group, Inc., which is CavaMezze Grill, LLC's sole member. Cava Group, Inc. is not a publicly held entity.

Dated: May 15, 2015

Respectfully submitted,

CAVAMEZZE GRILL, LLC,

By its attorneys,

/s/  David Barmak
David Barmak (VSB# 15853)
Frank H. Hupfl (VSB# 82972)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
701 Pennsylvania Ave. NW, Suite 900,
Washington, D.C. 20004
Tel: (202) 585-3507
Fax: (202) 434-7400
DBarmak@mintz.com
FHHupfl@mintz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2015, I caused copy of the foregoing **Financial Disclosure Statement** to be served via the ECF system on opposing counsel as follows:

>Matthew B. Kaplan (VSB #51027)
>The Kaplan Law Firm
>509 N. Jefferson St.
>Arlington, VA 22205
>Tel: (703) 665-9529
>Fax: (888) 958-1366
>mbkaplan@thekaplanlawfirm.com

>/s/ David Barmak
>David Barmak

41498054v.1