UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATRICIA VILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:15-cv-000222 (TSE/MSN) |
| ) | |
| CAVAMEZZE GRILL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS CAVAMEZZE GRILL, LLC'S AND
CAVAMEZZE GRILL MOSAIC, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants CavaMezze Grill, LLC ("CMG") and CavaMezze Grill Mosaic, LLC ("Mosaic") (collectively "Defendants"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7 and 56, hereby move for an Order granting summary judgment in favor of Defendants and against Plaintiff on all claims, subject to an award of the costs and fees incurred by Defendants in defending this action. The grounds for this motion are set forth in the accompanying memorandum.

Dated: October 9, 2015 	Respectfully submitted,

                                              CAVAMEZZE GRILL, LLC and
CAVAMEZZE GRILL MOSAIC, LLC

By their attorneys,

/s/ David Barmak
David Barmak (VSB#15853 )
Alta M. Ray (VSB# 87023)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
701 Pennsylvania Ave. NW, Suite 900,
Washington, D.C. 20004
Tel: (202) 585-3507
Fax: (202) 434-7400
DBarmak@mintz.com
AMRay@mintz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2015, I caused the foregoing Motion for Summary Judgment to be served via the ECF system on opposing counsel as follows:

> Matthew B. Kaplan
> The Kaplan Law Firm
> 509 N. Jefferson St.
> Arlington, VA 22205
> Tel: (703) 665-9529
> Fax: (888) 958-1366
> mbkaplan@thekaplanlawfirm.com
>
> Matthew K. Handley
> Dennis Corkery
> Christine Tschiderer
> WASHINGTON LAWYERS' COMMITTEE
> FOR CIVIL RIGHTS AND URBAN AFFAIRS
> 11 Dupont Circle, Suite 400
> Washington, DC 20036
> Tel: (202) 319-1000
> Dennis_Corkery@washlaw.org
> Mathew_handley@washlaw.org
> Christine_tschiderer@washlaw.org
>
> *Counsel for Plaintiff*

                                                        /s/ David Barmak_____
                                                        David Barmak

43615638v.1