UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATRICIA VILLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:15-cv-000222 (TSE/MSN) |
| CAVAMEZZE GRILL, LLC, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered Defendants CavaMezze Grill, LLC's and CavaMezze Grill Mosaic, LLC's Motion for Summary Judgment, and the papers submitted in support and opposition thereof, and having determined that there is no genuine issue of material fact as to any of Plaintiff Patricia Villa's claims and that Defendants CavaMezze Grill, LLC's and CavaMezze Grill Mosaic, LLC are entitled to judgment as a matter of law based on the pleadings, and the evidence submitted by the parties

It is hereby **ORDERED** that Defendants CavaMezze Grill, LLC's and CavaMezze Grill Mosaic, LLC's Motion for Summary Judgment is **Granted.**

It is further **ORDERED** that all claims of Plaintiff Patricia Villa's Complaint and Amended Complaint are dismissed with prejudice.

Dated: _____    _____
T.S. Ellis, III
United States District Judge

43615009v.2